Case 07-18921   Doc 29   Filed 05/13/08   Entered 05/13/08 16:53:01   Desc   Page 1 of 2

Page 1

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Weston, Nathaniel | Case Number: 07 B 18921 |
| | Judge: Hollis, Pamela S |
| Printed: 5/13/08 | Filed: 10/12/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 31, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,200.00 | |
| Secured: | | 800.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,266.31 |
| Trustee Fee: | | 133.69 |
| Other Funds: | | 0.00 |
| Totals: | 2,200.00 | 2,200.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 2,774.00 | 1,266.31 |
| 2. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 3. | Monterey Financial Services | Secured | 0.00 | 0.00 |
| 4. | Aaron Sales & Lease Ow | Secured | 800.00 | 800.00 |
| 5. | Internal Revenue Service | Priority | 9,887.65 | 0.00 |
| 6. | Illinois Dept Of Healthcare And Family | Priority | 15,648.27 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 26.39 | 0.00 |
| 8. | Jefferson Capital Systems LLC | Unsecured | 59.66 | 0.00 |
| 9. | RMI/MCSI | Unsecured | 22.50 | 0.00 |
| 10. | Monterey Financial Services | Unsecured | 247.56 | 0.00 |
| 11. | Illinois Lending Corporation | Unsecured | 299.96 | 0.00 |
| 12. | Monterey Financial Services | Unsecured | 99.20 | 0.00 |
| 13. | Northwest Capital | Unsecured | 233.84 | 0.00 |
| 14. | JP Morgan Chase Bank | Unsecured | 769.09 | 0.00 |
| 15. | Premier Bankcard | Unsecured | 20.44 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 41.49 | 0.00 |
| 17. | Internal Revenue Service | Unsecured | 1,021.71 | 0.00 |
| 18. | Macneal Hospital | Unsecured | 5.00 | 0.00 |
| 19. | City Of Chicago Dept Of Revenue | Unsecured | 120.50 | 0.00 |
| 20. | Armor Systems Co | Unsecured | | No Claim Filed |
| 21. | Chicagoland Emergency Phys SC | Unsecured | | No Claim Filed |
| 22. | Berwyn Magnetic Resource | Unsecured | | No Claim Filed |
| 23. | Credit Protection Association | Unsecured | | No Claim Filed |
| 24. | Data Search | Unsecured | | No Claim Filed |
| 25. | Diagnostic Imaging Associates | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Weston, Nathaniel | | Case Number: 07 B 18921 |
|---|---|---|---|
| | | | Judge: Hollis, Pamela S |
| | Printed: 5/13/08 | | Filed: 10/12/07 |

| | | | | |
|---|---|---|---|---|
| 26. | Edward Hines Jr VA Hospital | Unsecured | | No Claim Filed |
| 27. | Family Care Center PC | Unsecured | | No Claim Filed |
| 28. | Felix D Souza | Unsecured | | No Claim Filed |
| 29. | Oak Park Eye Center | Unsecured | | No Claim Filed |
| 30. | First National Bank Of Marin | Unsecured | | No Claim Filed |
| 31. | Mac Neal Hospital | Unsecured | | No Claim Filed |
| 32. | Jewel Food Stores | Unsecured | | No Claim Filed |
| 33. | Metropolitan Advanced Radiology | Unsecured | | No Claim Filed |
| 34. | Nextel Communications | Unsecured | | No Claim Filed |
| 35. | MidTown Physicians SC. | Unsecured | | No Claim Filed |
| 36. | James Izzo DDS | Unsecured | | No Claim Filed |
| 37. | Publishers Clearing House | Unsecured | | No Claim Filed |
| 38. | Premium Asset Recovery Corp | Unsecured | | No Claim Filed |
| 39. | PRofessional Adjustment Corp | Unsecured | | No Claim Filed |
| 40. | Resurrection Medical | Unsecured | | No Claim Filed |
| 41. | Sun Cash | Unsecured | | No Claim Filed |
| 42. | Rush Oak Park Hospital | Unsecured | | No Claim Filed |
| 43. | SBC | Unsecured | | No Claim Filed |
| 44. | Sprint | Unsecured | | No Claim Filed |
| 45. | West Asset Management | Unsecured | | No Claim Filed |
| 46. | St Luke Medical Center | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 32,077.26 | $ 2,066.31 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 45.66 |
| 6.5% | 88.03 |
| | _____ |
| | $ 133.69 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_[signature]_